Name & Address:
Dennis L. Wilson (SBN 155407)
Keats McFarland & Wilson LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware Corporation<br><br>Plaintiff(s)<br>v.<br>USA CINEMAS LOS BANOS INC., a California corporation, and JOHN BENTLEY, an individual<br><br>Defendant(s) | CASE No.<br><br>CV 09-08436 GAF (JEMx)<br><br>**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

I _____Terry Nafisi_____ , Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on April 22, 2010
                                                                                                                                                                  *Date*
as it appears in the record of this court, and that* *(see below)*

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on     DEC - 8 2010
                                                                                                                                               _____
                                                                                                                                                    *Date*

**TERRY NAFISI**
CLERK, U.S. DISTRICT COURT

By: _____
                        Deputy Clerk

* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"No notice of appeal from this judgment has been filed, any motions of the kind s listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"An appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Federal Rules of Appellate Procedure are: judgment not withstanding the verdict; amend or make additional findings of fact; alter or amend the judgment; new trial; and extension of time for filing a notice of appeal.]

Case 2:10-mc-00123-LKK-GGH   Document 2    Filed 12/13/10   Page 2 of 4
Case 2:09-cv-08436-GAF-JEM   Document 24   Filed 04/22/10   Page 1 of 3   Page ID #:257

JS-6

1  Dennis L. Wilson (Bar No. 155407)
   dwilson@kmwlaw.com
2  David K. Caplan (Bar No. 181174)
   dcaplan@kmwlaw.com
3  Tara D. Rose (Bar No. 256079)
   trose@kmwlaw.com
4  KEATS McFARLAND & WILSON LLP
5  9720 Wilshire Boulevard
   Penthouse Suite
6  Beverly Hills, California  90212
   Telephone:  (310) 248-3830
7  Facsimile:  (310) 860-0363

8  Attorneys for Plaintiff
   Paramount Pictures Corporation
9

10
                UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12
                       WESTERN DIVISION
13

14  PARAMOUNT PICTURES           Case No.: CV 09-08436 GAF (JEMx)
    CORPORATION, a Delaware
15  corporation,                  **DEFAULT JUDGMENT AGAINST
                                  DEFENDANTS USA CINEMAS LOS
16              Plaintiff,        BANOS AND JOHN BENTLEY**

17       v.

18  USA CINEMAS LOS BANOS INC., a
19  California corporation, and JOHN
    BENTLEY, an individual,
20
                Defendants.
21

22
23
24
25
26
27
28
                                         CASE NO. CV 09-08436 GAF (JEMx)
                            DEFAULT JUDGMENT AGAINST DEFENDANTS USA
                                                   CINEMAS LOS BANOS
                                                 INC. AND JOHN BENTLEY

Plaintiff Paramount Pictures Corporation ("Paramount"), having filed a Complaint in this action against defendants USA Cinemas Los Banos Inc. and John Bentley (hereinafter, "Defendants") (Paramount and Defendants are hereinafter collectively referred to as the "Parties"), the Court Clerk having entered default against Defendants, and the Court having considered and granted Paramount's Motion for Default Judgment against Defendants,

**IT IS ORDERED, ADJUDGED AND DECREED**:

1. Paramount's Motion for Default Judgment against Defendants is granted.

2. Default judgment is hereby entered against Defendants and in favor of Paramount on all claims in Paramount's Complaint.

3. Defendants have willfully violated Paramount's intellectual property, contractual, and other rights, and Defendants are liable for copyright infringement pursuant to 17 U.S.C. § 501 and breach of contract.

4. Judgment is hereby entered in favor of Paramount in the amount of $150,000.00 as statutory damages, pursuant to 17 U.S.C. § 504(c)(2).

5. Defendants, and any present or future related entities, are immediately and permanently enjoined and restrained throughout the world from:

    A. Infringing upon any Paramount motion picture, including the Paranormal Activity motion picture; and

    B. Using, displaying, publicly performing or exhibiting, reproducing, distributing, selling or offering for sale, any Paramount motion picture, including Paranormal Activity, without prior authorization from Paramount.

6. Paramount is hereby awarded its reasonable attorneys' fees in the amount of $3,600.00, pursuant to Local Rule 55-3.

7. Paramount is hereby awarded its costs of suit pursuant to 15 U.S.C. § 505, in the amount of $917.90 for filing and service fees, $8.12 for long distance

1 telephone and facsimile, $37.20 for photocopying and $16.07 for postage, for a total amount of $979.29.

8. The Court retains jurisdiction of the Parties and of this matter for the purposes of interpretation, execution or modification of this Judgment, making any further orders necessary or proper for the enforcement of or compliance with this Judgment and for the punishment of any violations thereof.

Dated April 22, 2010

_____
Honorable Gary A. Feess
United States District Court Judge

Presented by:

DENNIS L. WILSON
DAVID K. CAPLAN
TARA D. ROSE
KEATS McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
(310) 248-3830


     /s/
_____
Dennis L. Wilson
Attorneys for Plaintiff
Paramount Pictures Corporation

-2-
CASE NO. CV 09-08436 GAF (JEMx)
DEFAULT JUDGMENT AGAINST DEFENDANTS USA
CINEMAS LOS BANOS
INC. AND JOHN BENTLEY